IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRY L. TAYLOR, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv627 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on August 27, 2008(Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 17, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, the decision of the Commissioner, that Plaintiff was not entitled to a period of disability and disability insurance benefits or supplemental security income, is found to be **SUPPORTED BY SUBSTANTIAL EVIDENCE,** and **AFFIRMED.**  As no further matters remain pending for the Court's review, this case is **CLOSED.**

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge